■ MILLARD ROTHENBERG et al., Respondents, v. CECILLE WOLFMAN, Individually and as Executrix of LUCILE ROTHENBERG, Deceased, Appellant.— Order unanimously affirmed, with costs to respondents. No opinion. Settle order with regard to trial date. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.